# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8338
mwlampe@JonesDay.com

August 21, 2017

VIA ECF

The Honorable Denise L. Cote
United States District Court, Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    Roseman v. Bloomberg, L.P., 14-cv-02657 (DLC) (KNF)

Dear Judge Cote:

    We write on behalf of Defendant Bloomberg L.P. ("Bloomberg") to respond to the Court's August 16, 2017 Order requiring the parties to identify whether they wish settlement discussions to proceed under the supervision of Magistrate Judge Fox or the Court's Mediation Program. We respectfully submit that Bloomberg is not interested in settlement discussions at this time.

                                    Respectfully submitted,

                                    *s/ Matthew W. Lampe*

                                    Matthew W. Lampe

cc:    All counsel of record

NAI-1502958232v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON