```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ERIC MICHAEL ROSEMAN, ALEXANDER LEE,    :
and WILLIAM VAN VLEET, individually and :
on behalf of others similarly situated, :   14cv2657 (DLC)
                                        :
                    Plaintiffs,         :   ORDER
                                        :
            -v-                         :
                                        :
BLOOMBERG L.P.,                         :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```



DENISE COTE, District Judge:

On September 21 and 25, 2017, this Court issued Opinions and Orders granting the plaintiffs' motion to certify two classes pursuant to Fed. R. Civ. P. 23 in connection with the claims brought by Bloomberg's Analytics Representatives for a violation of New York Labor Law § 650 et seq. ("NYLL") and the California Labor Code 8 Cal. Code Regs. § 11040(1)(A) ("CLC"). It is hereby

ORDERED that the plaintiffs' September 22, 2016 letter motion to seal documents (Dkt. No. 197) is granted.

IT IS FURTHER ORDERED that the defendant's September 22, 2016 motion to "decertify" the Fair Labor Standards Act Collective Action (Dkt. No. 198) is denied.

IT IS FURTHER ORDERED that the defendant's September 22, 2016 motion for oral argument (Dkt. No. 204) is denied.

IT IS FURTHER ORDERED that the defendant's September 27, 2016 motion for oral argument (Dkt. No. 218) is denied.

IT IS FURTHER ORDERED that the defendant's September 30, 2016 motion to dismiss opt-in plaintiff Lissette Gonzalez (Dkt. No. 220) is granted.  Gonzalez filed a notice of consent to sue fourteen months after the deadline imposed by the court and three months after the close of discovery.  The defendant sought to take discovery of opt-in plaintiffs, but because of Gonzalez' late effort to join the FLSA action, was unable to take discovery of Gonzalez.

IT IS FURTHER ORDERED that the plaintiffs' motion for Partial Summary Judgment as to the defendant's Fair Labor Standards Act exemption defenses (Dkt. Nos. 193 & 228) is denied.

IT IS FURTHER ORDERED that the plaintiffs' motion for partial summary judgment as to defendant's FLSA Exemption Defenses (Dkt. No. 229) is denied.

IT IS FURTHER ORDERED that the plaintiffs' October 28, 2017 motion for leave to file the redacted Supplemental Statement of

Undisputed Facts and Supplemental Declaration of Michael Russo (Dkt. No. 240) is granted.

IT IS FURTHER ORDERED that the plaintiffs' November 21, 2016 motion to seal ECF Documents 253 and 252 (Dkt. No. 254) is granted.

IT IS FURTHER ORDERED that the defendant's motion to Strike the Declaration of Michael Russo in support of plaintiffs' motion for partial summary judgment (Dkt. No. 256) is denied.

IT IS FURTHER ORDERED that the defendant's November 21, 2016 motion for oral argument (Dkt. 271) is denied.

IT IS FURTHER ORDERED that the plaintiffs' motion to Seal (Dkt. No. 278) is granted.

IT IS FURTHER ORDERED that the plaintiffs' December 12, 2016 motion to strike documents (Dkt. No. 279) is denied as moot.

IT IS FURTHER ORDERED that the plaintiffs' December 13, 2016 motion to Accept a Late Submission (Dkt. No. 283) is granted.

Dated:  New York, New York
        September 27, 2017

                                    _____
                                            DENISE COTE
                                    United States District Judge