# GETMAN SWEENEY & DUNN

Getman Sweeney & Dunn, PLLC<br>
260 Fair St.<br>
Kingston, NY 12401<br>
845-255-9370<br>
fax 845-255-8649

March 19, 2018

Hon. Denise L. Cote
United States District Judge
United States District Court (SDNY)
500 Pearl Street, Room 1610
New York, NY 10007

Re:   *Roseman et al v. Bloomberg,* 1:14-cv-02657-DLC-KNF

Your Honor:

I represent Plaintiffs in this matter and write with the consent of Bloomberg to request that the final pre-trial conference scheduled for March 21, 2018 be adjourned to March 28, 2018 so the Court has an opportunity to receive each side's responses to motions *in limine* and objections to jury charges before the conference.

On February 8, 2018, the Court rescheduled the trial ready date to April 16, 2018 and set the final pre-trial conference for March, 21, 2018. (Dkt. 259). On February 9, 2018, the Court extended the date for Joint Pre-Trial Order to March 16 (Dkt. 364) and, therefore, responses to motions *in limine* and objections to jury charges are now due on Friday, March 23rd.

We respectfully request that the March 21, 2018 final pre-trial conference be adjourned to March 28, 2018[1] so the Court has an opportunity to receive each side's responses to motions *in limine* and objections to jury charges so that any such issues can be discussed at the conference. If this is acceptable, we request that Your Honor so order this letter and set a time for the conference at the Court's convenience.

Sincerely,

*/s/ Dan Getman*

---

[1] I am in District Court in Los Angeles on Monday March 26th, flying back on March 27th and so am not available until March 28th at the earliest. Defense counsel requests that the conference occur on March 28 as well.