UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ERIC MICHAEL ROSEMAN, ALEXANDER LEE,   :
and WILLIAM VAN VLEET, individually and:
on behalf of others similarly situated,:   14cv2657 (DLC)
                                      :
                    Plaintiffs,       :   ORDER
                                      :
            -v-                       :
                                      :
BLOOMBERG L.P.,                       :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/2018
```

DENISE COTE, District Judge:

The parties having reached, with the assistance of Magistrate Judge Aaron, a settlement on April 20, and having confirmed the agreement in open court on April 23, the jury in this trial was dismissed. Accordingly, it is hereby

ORDERED that the preliminary settlement agreement for the Court's approval shall be submitted by **June 15**.

Dated:   New York, New York
         April 23, 2018

                              _____
                                       DENISE COTE
                              United States District Judge