# EXHIBIT 2

**Roseman v. Bloomberg**
**FIRM NAME: Getman, Sweeney, & Dunn PLLC**
**REPORTING PERIOD:   Ending June 18, 2018**

| Name | Hours | Hourly Rate | Total |
|---|---|---|---|
| Dan Getman =P | 1203.81 | $880 | $1,059,352.80 |
| Michael Sweeney =P | 72.55 | $765 | $55,500.75 |
| Matt Dunn  =A | 12.3 | $665 | $8,179.50 |
| Lesley Tse =A | 1017 | $525 | $533,925.00 |
| Artemio Guerra=A | 1882.97 | $460 | $866,166.20 |
| Kimberly Webster = A | 19.7 | $355 | $6,993.50 |
| Alex Dumas  =A | 3.9 | $355 | $1,384.50 |
| Meagan Rafferty = A | 741.3 | $330 | $244,629.00 |
| Mike Russo = DA | 1355.8 | $310 | $420,298.00 |
| Jason Kandel = DA | 598.5 | $260 | $155,610.00 |
| Anibal R. Garcia = PL | 148.8 | $215 | $31,992.00 |
| Andrea Russo = PL | 1.2 | $215 | $258.00 |
| Carolyn Mow =PL | 1048.35 | $215 | $225,395.25 |
| James Sherwood=PL | 163.7 | $215 | $35,195.50 |
| Janice Pickering = PL | 11.9 | $215 | $2,558.50 |
| Kathy Weiss =PL | 0.2 | $215 | $43.00 |
| Misty Emerick=PL | 57.4 | $215 | $12,341.00 |
| Monica Ayres=PL | 39.9 | $215 | $8,578.50 |
| Julia Friday = PL | 484.1 | $215 | $104,081.50 |
| Clerical | 75.6 | $120 | $9,072.00 |
| **TOTAL GSD** | | | **$3,781,554.50** |

| | | | |
|---|---|---|---|
| Edward Tuddenham | 133.4 | $880 | $117,392.00 |

**Total including Tuddenham**                                                                                                $3,898,946.50