# EXHIBIT 6

# FLSA Overtime & Minimum Wage Employment Lawyers | Class Actions | New York City & New Paltz NY



Dan GetmanYALE LAW SCHOOL, J.D. 1984 INDIANA UNIVERSITY, B.A. 1980

Contact Dan Getman

Mr. Getman originally founded Getman Sweeney as the Getman Law Office in 1998. He has practiced labor law exclusively on behalf of employees since 1989. Mr. Getman handles wage and hour litigation under the FLSA and state wage laws. He has handled individual, collective action and class action litigation, as well as negotiation, arbitration, and mediation. His practice concentrates on federal and state overtime and minimum wage issues. Mr. Getman has handled class and collective actions for back wages for a wide variety of employees including: emergency medical technicians, satellite TV installers, auto mechanics, mortgage brokers, supermarket workers, medical personnel, call center employees, equipment repairers, meat cutters, accountants, chefs, sales clerks, hotel and restaurant workers, shipping inspectors, offshore surveyors, builders, laborers, janitors, home health aides, assistant managers, construction workers, salespeople, and many others. He has handled litigation in New York, Florida, Texas, Connecticut, North Carolina, Michigan, Indiana, West Virginia, Missouri, Louisiana, New Jersey, Georgia, Tennessee, and the District of Columbia. Mr. Getman believes strongly that all employees are entitled to high quality representation regardless of the ability to pay and therefore the firm handles litigation exclusively on a contingent basis.

Prior to founding this firm, Mr. Getman was a senior attorney and managing attorney with Farmworker Legal Services of NY, a non-profit legal services organization dedicated to providing legal assistance to migrant and seasonal farmworkers. In that practice he provided representation without charge to low income individuals in a variety of class and individual actions in employment matters in federal and state courts. For the period of 1984 to 1989, Mr. Getman was an attorney with Prisoners' Legal Services of New York handling civil rights and governmental misconduct issues

in individual and class actions in state and federal court. Mr. Getman helped draft the National Employment Lawyers Association's comments critical of the Bush Administration's proposed regulatory changes to the FLSA regulations.

BAR ADMISSIONS:
U.S. Supreme Court, U.S. Courts of Appeals for the Second, Ninth, and D.C. Circuits, U.S. District Courts for the Southern, Eastern, Northern, and Western Districts of New York, Western District of Tennessee, and the District of Connecticut. Mr. Getman is also admitted to practice in all state courts in New York.

PUBLICATIONS:
Co-author, Winning The FLSA Battle: How Corporations Use Arbitration Clauses To Avoid Judges, Juries, Plaintiffs, and Laws, St. John's Law Review, v. 86, Spring 2012, Number 2.

# Dan Getman | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Attorney Profiles



Michael J. D. SweeneyFORDHAM LAW SCHOOL, JD cum laude, 1996. Editor, Fordham Law Review STATE UNIVERSITY OF NEW YORK AT ALBANY, B.S. in Economics 1985

Contact Michael J. D. Sweeney

Mike Sweeney's work is dedicated to representing employees in labor matters, predominantly wage-and-hour issues. Mike has litigated wage-and-hour collective and class actions around the country. Prior to joining Getman & Sweeney, Mike was the founding fellow of the Crowley Center for International Human Rights at Fordham Law School. He went onto to serve as a Professor of Law at Fordham where his areas of research included international human rights, civil procedure, and legal ethics. While at Fordham, he served as Legal Counsel to the Commission to Promote Public Confidence in Judicial Elections. Prior to teaching at Fordham, Mike was an associate with the law firm of Debevoise & Plimpton in New York City and clerked for the Honorable Lee P. Gagliardi, S.D.N.Y.

BAR ADMISSIONS:
The Supreme Court of the State of New York; the United States Court of Appeals for the Second Circuit; the U.S. District Courts for the Southern, Northern, and Eastern Districts of New York and the Central District of Illinois; and the US Court of Federal Claims.

124

# Matthew T. Dunn | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Attorney Profiles



Matthew T. DunnLEWIS & CLARK LAW SCHOOL, J.D. 2003 KALAMAZOO COLLEGE, B.A. 1996

[Contact Matthew T. Dunn](Contact Matthew T. Dunn)

Mr. Dunn joined the firm as an associate in 2007. Before joining the firm, he had his own practice and practiced as an associate with Multnomah Defenders, Inc. in Portland, Oregon and served as Assistant Public Defender with Ulster County, New York. He serves as Chair of the Ulster County Periodic Compensation Review Committee and is the Vice-Chair of the City of Kingston's Complete Streets Advisory Council. He also served on the Town of Lloyd's Environmental Conservation Committee and on the New York State Bar Association's Special Committee on Animals and the Law. While in law school, he was articles editor for the Animal Law Review and had a Judicial Internship with the Honorable Dennis Hubel, Magistrate Judge for the United State District Court for the District of Oregon.

BAR ADMISSIONS:
State Courts: New York and Oregon. Federal Court: United States District Court for the Eastern, Northern, and Southern Districts of New York.

124

# Lesley Tse | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Attorney Profiles



Lesley Tse FORDHAM LAW SCHOOL, JD 2006 NEW YORK UNIVERSITY, B.S. 2000

[Contact Lesley Tse](Contact Lesley Tse)

Ms. Tse joined the firm as an associate in 2011. As an associate with Getman & Sweeney, Ms. Tse represents employees in wage and hour litigation under the federal Fair Labor Standards Act and state wage and hour laws. She litigates individual, collective action and class action lawsuits and arbitrations. Ms. Tse has represented a wide variety of employees including long-haul truck drivers, customer service representatives, oil inspectors, executive assistants, Information Technology help desk technicians, ambulette drivers, medical assistants, plumbing technicians, and more. She has also assisted with the drafting of amicus curiae briefs on behalf of the National Employment Lawyers Association.

Before joining the firm, she was the Deputy Director of the Housing Unit at Manhattan Legal Services where she represented indigent tenants in eviction proceedings in New York City Housing Court and in New York state appellate courts. While in law school, Ms. Tse interned with the Farmworker Law Project in New Paltz, NY, where she assisted attorneys in representing migrant farmworkers in litigation regarding minimum wage and overtime violations, and with the Appalachian Citizens Law Center in Prestonsburg, KY, where she assisted attorneys in representing coal miners in litigation regarding black lung disability benefits denials and retaliatory terminations.

BAR ADMISSIONS:
U.S. Court of Appeals for the Second Circuit, U.S. District Court for the Southern District of New York, all New York state courts.

# Artemio Guerra| Law Offices of Getman Sweeney | New York City & New Paltz NY

## Attorney Profiles

Artemio GuerraFORDHAM UNIVERSITY SCHOOL OF LAW, JD 2010 HUNTER COLLEGE M.S. Urban Studies 2005 TOCCOA FALLS COLLEGE B.S. Philosophy and Religion 1996

Contact Artemio Guerra

Mr. Guerra joined the firm as an associate in 2012. Before joining the firm he was the coordinating attorney of the Immigrant Worker Rights Project at Catholic Migration Services in Queens, New York, where he represented low-wage workers in wage and hour litigation and managed a collaborative effort with the Occupational Safety and Health Administration and the U.S. Department of Labor to educate workers about their rights. For over ten years, he worked as a community organizer and advocate organizing janitors, homeowners, and low-income tenants. More recently, from 2003 to 2010, he was the Director of Organizing and Advocacy at the Fifth Avenue Community (FAC) in Brooklyn where he worked to improve the housing conditions of asthmatic children through a pilot program between community organizations and New York City's department of Housing Preservation and Development. While at FAC, he lead an effort to stop a dangerous practice by dozens of New York City supermarkets that routinely locked-in night cleaning-crews leaving workers without any way out in case of an emergency. The effort resulted in a new local law that increased fines and stepped up enforcement to prevent the illegal lock-ins of janitors.

BAR ADMISSIONS:
Admitted to practice in the state of New York, and the U.S. District Courts for the Southern and Eastern Districts of New York.

124

# Alex D. Dumas| Law Offices of Getman Sweeney | New York City & New Paltz NY

## Attorney Profiles



Alex D. DumasUNIVERSITY OF SOUTHERN CALIFORNIA, GOULD SCHOOL OF LAW, JD 2015 OAKWOOD UNIVERSITY, B.A. in History (Magna Cum Laude) 2012

Contact Alex Dumas

Mr. Dumas joined the firm as an associate in 2015. Before joining the firm, Mr. Dumas served as an extern with the Writers Guild of America, where he successfully conducted an arbitration hearing which resulted in a six-figure judgment. While in law school, Mr. Dumas served as a judicial extern to the Honorable Claudia J. Wilken of the US District Court, Northern District of California and served as the president of the USC Black Law Students Association. Mr. Dumas has volunteered countless hours mentoring youth from disadvantaged communities and serves as a founding board member for a non-profit group, Let's Bridge the Gap.

BAR ADMISSIONS:
Admitted to practice in the state of New York.

124

# Professionals - Meagan M. Rafferty

## Attorney Profiles



Meagan M. RaffertySAVANNAH LAW SCHOOL, JD (Magna Cum Laude) 2016, Executive Editor, SAVANNAH LAW REVIEW SHENANDOAH UNIVERSITY, SHENANDOAH CONSERVATORY, B.F.A. Musical Theatre 2009

Meagan Rafferty joined the firm as an associate attorney in 2017, before which she served as Law Clerk to the Honorable Alvin W. Thompson, United States District Judge for the District of Connecticut. Prior to clerking, Ms. Rafferty was a legal intern for the ACLU's Racial Justice Program in New York City, where she assisted with litigation to enforce consent decrees desegregating public schools and to combat racial profiling and debtors' prisons. Meagan also interned for Georgia Legal Services Program in Savannah, GA, where she assisted attorneys on behalf of LGBTQ seniors and low-income seniors in need of public benefits. Ms. Rafferty also worked for two years as Research Assistant to Andrew M. Wright, former Associate Counsel to President Obama and to Vice President Gore, supporting his scholarship in the areas of executive power, national security, congressional oversight, and due process.

Previously, Ms. Rafferty worked professionally as an actor, director, and theatre educator for various theatre companies in the Washington, D.C. metro area.

BAR ADMISSIONS:
Admitted to practice in the state of New York.

124

# Michael Russo | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Data Scientists Profiles


Michael RussoBARD COLLEGE, B.A. in Physics, 1979 SUNY ULSTER, A.S. in Computer Networking, 2000

[Contact Michael Russo](Contact Michael Russo)

Mr. Russo is a programmer and database administrator. He has been trained in Networking, Database Administration and Windows Enterprise operating systems. He has operated, created, and consulted on networking and database issues for numerous organizations. Beginning in 2002, he was a technology consultant for the sales force of a data communication reseller, and since 2006, he has provided technology support as a paralegal with the Getman Sweeney Office. Mr. Russo assists the firm with programming, database, and financial analyses. He focuses on discovery of corporate electronically stored information, and complex programs for calculating lost wages and damages due.

124

# Jason Kandel | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Data Scientists Profiles

Jason KandelMARIST COLLEGE, B.S. in Chemistry 2005 UNIVERSITY OF DELAWARE, M.S. Chemistry 2008 STATE UNIVERSITY OF NEW YORK NEW PALTZ, M.S. 2015, Computer Science

Contact Jason Kandel

Jason joined Getman Sweeney in early 2015 to assist the firm with data science and technology. As a trained experimental chemist, he has experience obtaining and analyzing large data sets of enzyme kinetic and structural data which has led to the publication of several journal articles. His previous work as a computer scientist focused on the creation of software that is used to dynamically monitor, analyze, and catalog stock market trends. Mr. Kandel assists the firm by designing scripts, algorithms, and methodology that are utilized for forensic analysis, damage calculations, and requisition of data.

124



## Paralegal Profiles



### Anibal Garcia

BERKELEY COLLEGE PARALEGAL STUDIES 1996
JOHN JAY COLLEGE OF CRIMINAL JUSTICE 1983

**Contact Anibal Garcia**

Mr. Garcia has been a paralegal and translator with the firm since 1999, facilitating client communication, factual development, intake and offers a wide variety of other professional assistance to the firm. Mr. Garcia has an extensive background in factual development and investigation as an Officer with the New York City Police Department's Organized Crime Control Bureau/Narcotics Division.

\* indicates required field

Name:\*

Email:\*

Phone:

Message:\*

CAPTCHA Code:\*

Submit

# Andrea Russo | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles



Andrea RussoTUFTS SCHOOL OF VETERINARY MEDICINE, DVM, 1986 HAMPSHIRE COLLEGE, BA Biology, 1976

Contact Andrea Russo

Dr. Andrea Russo joined Getman Sweeney as a paralegal in 2014. Prior to joining the firm, Andrea worked as a Veterinarian practicing cat and dog medicine for over 20 years and has offered online clinical consultations with pet owners. She also worked as a project manager for the science textbook publisher, Nature; coordinating deadlines and workloads for authors, editors and production staff. She has sat on a number of local government committees and has helped run several local elections. She served as co-chair of the New Paltz public access television committee for 13 years; making sure that residents were able to watch quality timely broadcasts of government meetings. In this capacity, she was instrumental in negotiating municipal cable franchise agreements for the town and village of New Paltz. Andrea brings many skills to the firm including client communication, data management, researching and archiving information. Throughout her adult life, she has been active in community and civic projects and is dedicated to improving the quality of people's lives.

124

# Carolyn Mow | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles

Carolyn MowCORNELL UNIVERSITY, Masters of Economics 1983 GRINNEL COLLEGE, Bachelors of Mathematics 1979

[Contact Carolyn Mow](#)

Ms. Mow co-coordinates the firm's services for immigrant communities in the Hudson Valley of New York. She has worked with the American Friends Service Committee, Austin, TX coordinating Austin Tan Cerca de la Frontera/Austin So Close to the Border Delegation Program to communities on the Texas/Mexico border, where she designed and led workshops on Globalization in English and Spanish. For five years, she was the Advocacy Coordinator, Independent Farmworkers Center, Florida, NY, responsible for representing the organization in meetings with the New York State Senate and Assembly and other government officials facilitating farm worker participation in regional and statewide coalitions working on farmworker, pesticide and sustainable agriculture issues. Ms. Mow was Project Coordinator, Community Children's Nutrition Program, Chiapas, Mexico (1991), responsible for administration, finances and logistics for children's dining rooms in six refugee communities. There she organized and facilitated workshops on nutrition, menu planning and hygiene. She worked with individual families to overcome problems of illness and malnutrition. Ms. Mow also served as a Training Coordinator, Peace Brigades International, Albany, NY (1990) coordinating recruitment and training of volunteers for projects in Central America and Sri Lanka. Ms. Mow volunteered with Peace Brigades International as a member of an international team monitoring the human rights situation in El Salvador. Ms. Mow is fluent in written and spoken Spanish.

124

# James Sherwood | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles

James SherwoodSTATE UNIVERSITY OF NY (SUNY) NEW PALTZ, BA in English, 2008 STATE UNIVERSITY OF NY (SUNY) NEW PALTZ, MA in English, 2010 STATE UNIVERSITY OF NY (SUNY) NEW PALTZ, MAT in Secondary Ed./English, 2012

Contact James Sherwood

James joined Getman Sweeney as a litigation paralegal in 2013, and works closely with attorneys to ensure effective case prosecution. Prior to working with the firm, he taught English Composition and literature as an adjunct professor at SUNY New Paltz, Marist College, and Dutchess Community College, teaching research skills, rhetoric, and poetics to university undergraduates. He also worked as a freelance copy editor and proofreader, and has edited, proofed, and indexed books for publication through the SUNY Press, Palgrave Macmillan, Pearson, Cengage, and various small presses.

124

# Janice Pickering | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles

Janice PickeringCOLUMBIA UNIVERSITY, Masters of Social Work, 1983 INDIANA UNIVERSITY 1981

[Contact Janice Pickering](#)

After 13 years assisting clients and the firm, Ms. Pickering is retiring to spend more time with her family and the great outdoors. At Getman Sweeney, Ms. Pickering has been a tireless advocate for workers around the country. Most recently she worked very hard to help truckers facing abusive labor practices, store merchandisers made to work tremendously long hours without extra pay, but as the intake specialist, almost all current clients of the firm have her hard work and intelligent assessment to thank for the fact that their claims were and are being pursued. Prior to her work at Getman Sweeney, Ms. Pickering devoted her work life to assisting children in need. She will be deeply missed by everyone at the firm and by the many clients with whom she was in regular contact.

124

# Misty Emerick | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles



Misty EmerickBLOOMSBURG UNIVERSITY OF PENNSYLVANIA, BA In Geography – Environmental Planning, 2009 NORTHERN ARIZONA UNIVERSITY, MA in Sustainable Communities, 2014

Contact Misty Emerick

As a litigation paralegal, Misty works closely with attorneys to ensure effective case prosecution. She has prior experience working on environmental conservation projects and sustainability initiatives in New Hampshire and Arizona. In New Hampshire, Misty was part of a team dedicated to protecting and restoring wetlands through conservation easements. In Arizona, she utilized Geographic Information Systems (GIS) to analyze data and create maps indicating current and possible conservation practices, and also assisted with the planning and monitoring of conservation practices. Through her graduate work, she was involved with a campus wide initiative to promote engaged pedagogy in First Year Seminar classes and connect students with opportunities to participate in social change through grassroots democracy on campus and beyond.

124

# Monica Ayres | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles



Monica AyresSTATE UNIVERSITY OF NY (SUNY) NEW PALTZ, BA in English, 2008 STATE UNIVERSITY OF NY (SUNY) NEW PALTZ, MA in English, 2010

[Contact Monica Ayres](#)

Monica Ayres is a litigation paralegal, working closely with attorneys to ensure effective case prosecution. Ms. Ayres joined the firm as a paralegal in 2012. Before joining the firm, she was the lead biographer at Total Trial Solutions (TTS), a company that offers biographies of personal injury victims, settlement videos, and other demonstratives. At TTS, Monica supervised a team of biographers, conducted extensive interviews with clients and witnesses, researched cases and injuries, gathered facts, and created visual aides to support attorneys' litigation. Monica has written for various publications including the independent music magazine The Big Takeover and Better Homes & Gardens, where she also acted as an Editorial Assistant.

124

# Julia Friday | Law Offices of Getman Sweeney | New York City & New Paltz NY

## Paralegal Profiles



Julia FridaySTATE UNIVERSITY OF NY (SUNY) BINGHAMTON, PH.D. in Comparative Literature, 2010 STATE UNIVERSITY OF NY (SUNY) OSWEGO, BA and MA in English, 2002 COMENIUS UNIVERSITY, PEDAGOGICAL FACULTY, BRATISLAVA, SLOVAKIA, BA in TESOL Instruction, 1998

Contact Julia Friday

Julia Friday joined Getman & Sweeney as a litigation paralegal in 2015. Prior to working with the firm, she taught at several academic institutions, including SUNY New Paltz and Ohio University. Raised in Czechoslovakia under the Communist regime, Julia has written on the ways state institutional systems have been used to repress dissident voices. During her academic training, she was a recipient of prestigious fellowships and her work was published in several peer-reviewed journals. As a member of the contingent faculty in the SUNY system, she experienced firsthand the financial and professional plight of the part-time workers, where the demands of the position too often outstripped the compensation. This experience made her realize the vital importance of labor advocacy and reinforced her passion for social justice. Julia Friday is fluent in written and spoken Czech, Slovak and German.

PUBLICATIONS:
"Unsettled Graves, Uncertain Futures: On Ostalgia" Art Papers, January/February 2012.

"Boris Mikhailov: Case History" Art Papers, January/February 2012.

"Prague 1968: Spatiality and the Tactics of Resistance" Texas Studies in Literature and Language (University of Texas at Austin), June 2011.

"Investigations of the Suburban" Afterimage: The Journal for Media Arts and Cultural Criticism, August 2009.

"Mapping the Trajectory of Vision: New Photography '05: Carlos Garaicoa, Bertien

van Manen, Phillip Pisciotta, Robin Rhode" Afterimage: The Journal for Media Arts and Cultural Criticism, May/June 2006.

Under review: Czechoslovakia From the Prague Spring To the Velvet Revolution: The Composition of Memory, Public Record and Archive. (monograph).

124