# EXHIBIT 2

**Roseman v. Bloomberg**
**FIRM NAME: Getman, Sweeney, & Dunn PLLC**
**REPORTING PERIOD:   Ending Oct. 1, 2018**

| Name | Hours | Hourly Rate | Total |
|---|---|---|---|
| Dan Getman =P | 1227.81 | $880 | $1,080,472.80 |
| Michael Sweeney =P | 72.55 | $765 | $55,500.75 |
| Matt Dunn  =P | 12.4 | $665 | $8,246.00 |
| Lesley Tse =A | 1146.6 | $525 | $601,965.00 |
| Artemio Guerra=A | 1903.37 | $460 | $875,550.20 |
| Kimberly Webster = A | 19.7 | $355 | $6,993.50 |
| Alex Dumas  =A | 3.9 | $355 | $1,384.50 |
| Meagan Rafferty = A | 792.5 | $330 | $261,525.00 |
| Mike Russo = DA | 1444.7 | $310 | $447,857.00 |
| Jason Kandel = DA | 599.1 | $260 | $155,766.00 |
| Anibal R. Garcia = PL | 152.5 | $215 | $32,787.50 |
| Andrea Russo = PL | 4.5 | $215 | $967.50 |
| Carolyn Mow =PL | 1192.85 | $215 | $256,462.75 |
| James Sherwood=PL | 164 | $215 | $35,260.00 |
| Janice Pickering = PL | 11.9 | $215 | $2,558.50 |
| Kathy Weiss =PL | 0.2 | $215 | $43.00 |
| Misty Emerick=PL | 57.5 | $215 | $12,362.50 |
| Monica Ayres=PL | 40.9 | $215 | $8,793.50 |
| Julia Friday = PL | 515 | $215 | $110,725.00 |
| Clerical | 77.4 | $120 | $9,288.00 |
| **TOTAL GSD** | **9439.38** | | **$3,964,509.00** |

| | | | |
|---|---|---|---|
| Edward Tuddenham | 133.4 | $880 | $117,392.00 |

**Total including Tuddenham**                                                                              **$4,081,901.00**

P = Partner, A = Associate, DA = Data Analyst, PL = Paralegal